UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 21-06307
Perry A. Szot and Maria L. Szot, )
)　Chapter: 7
)　Honorable David D. Cleary
)
Debtor(s) )

**ORDER EXTENDING TIME TO MOVE TO DISMISS, EXTENDING TIME TO OBJECT TO DISCHARGEABILITY, AND EXTENDING TIME TO OBJECT TO DISCHARGE**

This matter having come before the Court on the second motion of GSI Finance Company, LLC ("GSI") for an extension of the deadlines for seeking dismissal pursuant to 11 U.S.C. §707 and Fed. R. Bankr. P. 1017 as well as the deadline for seeking denial of discharge and/or dischargeability pursuant to 11 U.S.C. §§ 523 and 727, due notice having been given and the Court being advised in the premises;

IT IS HEREBY ORDERED that

1. The Motion is granted as provided herein;

2. The deadline for GSI to file a motion or adversary complaint seeking 1) dismissal under 11 U.S.C. § 707, and/or 2) denial of discharge/dischargeability pursuant to 11 U.S.C. §§ 523 and 727 is extended to, and includes, December 15, 2021.

Enter: *[signature: David D. Cleary]*

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: October 20, 2021

**Prepared by:**

William J. Factor (6205675)
Justin Storer (6293889)
FACTORLAW
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel: (312) 878-6976
Fax: (847) 574-8233
Email: jstorer@wfactorlaw.com