UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 21-06307 |
| --- | --- | --- |
| Perry A. Szot and Maria L. Szot, | ) | Chapter: 7 |
| | ) | Honorable David D. Cleary |
| Debtor(s) | ) | |

## AGREED ORDER OF TURNOVER OF TAX REFUNDS

THIS MATTER COMING ON TO BE HEARD upon TRUSTEE'S MOTION (the "Motion") FOR ORDER OF TURNOVER AGAINST THE DEBTORS, the Debtors having represented that they have not received the Tax Refunds (the "Tax Refunds") which are described in the Motion, due notice having been given to all parties entitled thereto, the Court having jurisdiction over this core proceeding, the Debtors being in agreement for entry of this Order, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED:

1. The Motion is granted. The Debtors having represented that they have not received the Tax Refunds, Debtors agree that, when they receive any of the following Tax Refunds, they shall turn over to the Trustee, within seven (7) days, the following:
   - Federal 2020 – refund amount $13,370;
   - State 2020 – refund amount $2,498; and
   - Federal 2019 – any refund that is due the Debtors.

2. This Order applies to the entirety of any and all refunds for the above described periods, whether or not the refunds equal the exact amounts stated in paragraph 1 of this Order.

Enter: *David D. Cleary*

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: December 22, 2021

**Prepared by:**

Zane L. Zielinski (6278776)
Daniel J. Nickel (6278133)
THE LAW OFFICE OF
    ZANE L. ZIELINSKI, P.C.
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d. 773-877-3191  773-981-4725 (Nickel)
f. 815-846-8516
e. trustee@zanezielinski.com
e. daniel.nickel@gmail.com